UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| COREY PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00265-JPH-DLP |
| | ) | |
| ARAMARK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ASSISTANCE RECRUITING COUNSEL**

On September 21, 2020, plaintiff Corey Perkins filed a motion for assistance recruiting counsel. Litigants in federal civil cases do not have a constitutional or statutory right to court-appointed counsel. *Walker v. Price*, 900 F.3d 933, 938 (7th Cir. 2018). Instead, 28 U.S.C. § 1915(e)(1) gives courts the authority to "request" counsel. *Mallard v. United States District Court*, 490 U.S. 296, 300 (1989). "Two questions guide [this] court's discretionary decision whether to recruit counsel: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so, and (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" *Walker*, 900 F.3d at 938 (internal quotations omitted).

Mr. Perkins has contacted three attorneys with requests for pro bono representation without success. The Court finds this is a reasonable attempt. In light of the many discovery disputes that have arisen in this case, including the failure of IDOC officials to preserve evidence and the defendants' misrepresentations in their initial disclosures, *see* dkt. 97, pp. 4-6, the motion for assistance recruiting counsel, dkt. [119], is **granted**. The Court will attempt to recruit counsel on Mr. Perkins' behalf.

1

**SO ORDERED**.

Date: 9/28/2020

                                    *James Patrick Hanlon*
                                    James Patrick Hanlon
                                    United States District Judge
                                    Southern District of Indiana

Distribution:

COREY PERKINS
194799
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Christopher Douglas Cody
HUME SMITH GEDDES GREEN & SIMMONS
ccody@humesmith.com

Marley Genele Hancock
INDIANA ATTORNEY GENERAL
marley.hancock@atg.in.gov

Margo Tucker
INDIANA ATTORNEY GENERAL
margo.tucker@atg.in.gov

Georgianna Q. Tutwiler
HUME SMITH GEDDES GREEN & SIMMONS
gquinn@humesmith.com